**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AGUSTIN CHORROT CORREA,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2503-KC** |
| **WARDEN OF THE EL PASO SERVICE PROCESSING CENTER, et al.,** | § | |
| **Respondents.** | § | |

# ORDER

On this day, the Court considered the case. Petitioner Agustin Chorrot Correa concedes that an order of removal was entered against him, but claims to have appealed it, rendering it non-final. Mot. TRO 3, ECF No. 3. For their part, Respondents claim that Chorrot Correa waived his right to appeal and is thus subject to an administratively final order of removal, which is corroborated by the attached Order of the Immigration Judge ("IJ"). Resp. 3, ECF No. 4; *see id*. Ex. A ("IJ Order"), ECF No. 4-1.

Therefore, the Court **ORDERS** Chorrot Correa to file an advisory **on or before October 26, 2026**, clarifying whether he waived his appeal rights and submitting any evidence in support of his position.

**SO ORDERED**.

**SIGNED this 16th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE